cuit Court of Appeals for the Ninth Circuit denied. *Charles O'Keith, pro se.* *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 451. BAKER *v.* HUNTER (SUCCESSOR TO HUDSPETH), WARDEN. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. G. Bush* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Andrew F. Oehmann* for respondent.

No. 456. AIR REDUCTION Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry W. Forbes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent. *Messrs. Charles B. McInnis, Jacob Mertens, Jr.,* and *G. Kibby Munson* filed a brief on behalf of the Brown Shoe Co., Inc., as *amicus curiae,* in support of the petition.

No. 457. WESTINGHOUSE ELECTRIC & MANUFACTURING Co. *v.* CROSLEY CORPORATION. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Victor S. Beam* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.

No. 454. AGUILAR *v.* STANDARD OIL Co. OF NEW JERSEY. November 16, 1942. Petition for writ of certiorari to the